# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case No.  6:07-cr-107-Orl-28GJK**

**CARLOS IRIZARRY**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Travis Williams |
| **COURT REPORTER:** | Sandy Tremel | **PRETRIAL/PROBATION:** | Angela Harris-Butler |
| **DATE/TIME:** | February 22, 2008 10:40-11:00 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 887)     Granted.

IMPRISONMENT:     24 Months.

Court Recommends:     That defendant be incarcerated within the State of Florida.

Supervised Release:     3 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

        Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:     Waived.

Special Assessment:     $100.00.

DISMISSED COUNTS:     Count One of the Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:     Defendant is advised of right to appeal.